AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TONI MASCIARELLI,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**TOTE, INC., et al.,**

**CASE NO. C2-10-1036**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 2, 2011, JUDGMENT is hereby entered TRANSFERRING this case to the United States District Court for the Western District of Pennsylvania.**

Date: August 2, 2011          JAMES BONINI, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk